PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant Ryan D. McCarthy,
Acting Secretary Of The Department Of The Army

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANKEN<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN D. MCCARTHY, ACTING SECRETARY OF THE DEPARTMENT OF THE ARMY,<br><br>    Defendant. | CASE NO. 2:17-CV-01128 JAM-KJN<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |

NOTICE IS HEREBY GIVEN that Ryan D. McCarthy has replaced Robert Speer as Acting Secretary of the Department of the Army, pursuant to Fed. R. Civ. P. 26 (d) (1), Ryan D. McCarthy is substituted as defendant, and all further proceedings in this action "shall be in the name of the substituted party."

                                              Respectfully Submitted,

Dated: October 13, 2017                    PHILLIP A. TALBERT
                                                        United States Attorney

                                           By:  /s/ *Chi Soo Kim*
                                                    Chi Soo Kim
                                                    Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Date: 10/16/2017         /s/ John A. Mendez_____
                         JOHN A. MENDEZ
                         United States District Court Judge

NOTICE OF SUBSTITUITION OF DEFENDANT AND [PROPOSED] ORDER
*Franken v. McCarthy*, No. 2:17-CV-01128 JAM-KJN