1  PHILLIP A. TALBERT
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Defendant Dr. Mark T. Esper,
6  Secretary of the United States Army

7                    IN THE UNITED STATES DISTRICT COURT
8                      EASTERN DISTRICT OF CALIFORNIA
9

10 | KEVIN FRANKEN                                 CASE NO. 2:17-CV-01128 JAM-KJN

11 |                    Plaintiff,                 **NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER**

12 |         v.

13 | MARK T. ESPER, SECRETARY OF THE
    UNITED STATES ARMY,
14
                       Defendant.
15

16      NOTICE IS HEREBY GIVEN that Dr. Mark T. Esper was sworn in as the Secretary of the

17 United States Army on November 20, 2017, and pursuant to Fed. R. Civ. P. 26 (d) (1), Dr. Mark T.

18 Esper is substituted as defendant for Ryan D. McCarthy, and all further proceedings in this action "shall

19 be in the name of the substituted party."

20                                           Respectfully Submitted,

21

22 Dated: December 5, 2017                   PHILLIP A. TALBERT
                                             United States Attorney
23

24                                       By: /s/ *Chi Soo Kim*
                                             Chi Soo Kim
25                                           Assistant United States Attorney

26

27

28

                                                                                            1
NOTICE OF SUBSTITUITION OF DEFENDANT AND [PROPOSED] ORDER
*Franken v. McCarthy*, No. 2:17-CV-01128 JAM-KJN

**ORDER**

IT IS SO ORDERED.

Date: 12/5/2017

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge